**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: Torfason _____ James _____ P. A. _____
          (Last)              (First)            (Middle Initial)

Prisoner Number: FN1911898 _____

Institutional Address: 1410 Natividad Rd. _____

Salinas, Ca 93906 _____

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

James Paul Andrew Torfason _____
(Enter your full name.)

vs.

Steve Bernal _____

_____

_____
(Enter the full name(s) of the defendant(s) in this action.)

> **FILED**
>
> Oct 09 2020
>
> SUSAN Y. SOONG
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

Case No. 20-cv-7037-DMR
(Provided by the clerk upon filing)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

_**Note:** You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims._

A. Place of present confinement Monterey County Jail _____

B. Is there a grievance procedure in this institution? YES ☒  NO ☐

C. If so, did you present the facts in your complaint for review through the grievance procedure? YES ☒  NO ☐

D. If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

1. Informal appeal: _____ N/A _____

_____

_____

2. First formal level: Greivence # 098146663, Date 8-25-20, Denied

3. Second formal level: Greivence # 098146663, Date 8-27-20, Denied

4. Third formal level: N/A

E.    Is the last level to which you appealed the highest level of appeal available to you?

YES ☒        NO ☐

F.    If you did not present your claim for review through the grievance procedure, explain why.
N/A

## II.    Parties.

A.    Write your name and present address.  Do the same for additional plaintiffs, if any.

James Paul Andrew Torfason
1410 Natividad Rd. Salinas, Ca 93906

B.    For each defendant, provide full name, official position and place of employment.

Steve Bernal
Sheriff
Montery County Sheriff's Department

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

## III.  Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

On August 5th 2020, I was assaulted in the monterey County jail by another inmate. The assault lasted appx. 2 to 3 minutes and no sheriffs deputies responded to the assault. The deputy (M. Sullivan) who took my statement told me when I asked him why they did not respond and stop the assault, said "because no one was in the Tower at the time the assault was happening. Violating jail procedure. Deputy Sullivan also told the same thing to another inmate (John Fickas) when he interviewed Fickas to get his witness statement. I suffered multiable contussions, lumps, and brusies to my face, head and body and a concussion.

## IV.  Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

Award monetary relief for pain and suffering and for the negligence of deputies in the county jail

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:  9-24-20 _____        _James PA. Toofoo_____
                     *Date*                          *Signature of Plaintiff*

PRISONER COMPLAINT (rev. 8/2015)
*Page 3 of 3*



**Intercare Holdings Insurance Services, Inc.**
Liability Claims Operation
PO Box 7111
Pasadena, CA 91109

September 10, 2020
**SENT VIA USPS FIRST CLASS MAIL & CERTIFIED MAIL RETURN RECEIPT REQUESTED:**
**CERTIFIED RECEIPT NUMBER: 91 7199 9991 7039 7995 4335**

C/o Monterey County Jail
**James Paul Torfason-FN1911898/ B-Dorm**
1410 Natividad Road
Salinas, CA 93906-3102

RE:    Claim Number:    **132092**
       Date of Incident:    **08/05/2020**

## NOTICE OF REJECTION OF CLAIM

Dear Mr. Torfason,

Intercare Holdings Insurance Services, Inc. is the Third Party Claims Administrator for the County of Monterey. I am the Claims Adjuster assigned to handle this matter.

NOTICE IS HEREBY GIVEN, that the Notice of Claim you presented to the Board of Supervisors of the County of Monterey on 08/28/2020 was rejected on September 10, 2020.

## WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See *Government Code* Section 945.6. The six-month time limit referred to in this notice applies only to claims or causes of action for which *Government Code* Sections 900 – 915.4 require you to present a claim. Other causes of action, including those arising under federal law, may have different time limitations.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Respectfully,

*Gwenevere Woods*

Gwenevere Dale Woods, Senior Adjuster III
Tel. (818)459-8291, Fax (916)781-5759
Email gwoods@intercareins.com

Cc:    Cecilia Merillana, GL Claims Manager County of Monterey
       Susan Blitch, Sr. Deputy Counsel County of Monterey

Claim No.: 132092
Page 2



On Behalf of
MONTEREY COUNTY
RISK MANAGEMENT

## DECLARATION RE PROOF OF SERVICE BY MAIL

I, GWENEVERE DALE WOODS, DECLARE:

1. I AM OVER 18 YEARS OF AGE;

2. I AM EMPLOYED BY INTERCARE HOLDINGS INSURANCE SERVICES, INC., FOR THE COUNTY OF MONTEREY, CALIFORNIA;

3. MY BUSINESS ADDRESS IS:

    **Intercare Holdings Insurance Services, Inc.**
    **700 N. Central Avenue, Suite 800**
    **Glendale, CA 91203**

4. I AM NOT A PARTY TO THE WITHIN-MENTIONED PROCEEDING;

5. ON SEPTEMBER 10, 2020, I SERVED THE NOTICE OF REJECTION OF CLAIM, A COPY OF WHICH IS ATTACHED HERETO, BY DEPOSITING THE SAME IN THE UNITED STATES MAIL AT GLENDALE, CALIFORNIA, IN A SEALED ENVELOPE, POSTAGE FULLY PREPAID, AS FIRST CLASS MAIL AND AS CERTIFIED MAIL RETURN RECEIPT REQUESTED, ADDRESSED AS FOLLOWS:

    **C/o Monterey County Jail**
    **James Paul Torfason-FN1911898/ B-Dorm**
    **1410 Natividad Road**
    **Salinas, CA 93906-3102**

### SENT VIA CERTIFIED MAIL RETURN RECEIPT REQUESTED & USPS FIRST CLASS MAIL

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS DECLARATION IS EXECUTED ON SEPTEMBER 10, 2020 AT GLENDALE CALIFORNIA.

Signature    *Gwenevere Woods*

Gwenevere Dale Woods

JS 44 (Rev. 11/15)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| **I. (a) PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| James Paul Andrew Torfason | Monterey County Sheriffs Department Sheriff Steve Bernal |
| **(b)** County of Residence of First Listed Plaintiff   Monterey<br>*(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Monterey<br>*(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |
| **(c)** Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)*   OCT 02 2020 |

RECEIVED FILED
OCT 02 2020
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                          *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans | Liability | ☐ 368 Asbestos Personal | | ☐ 840 Trademark | ☐ 460 Deportation |
| (Excludes Veterans) | ☐ 340 Marine | Injury Product | | | ☐ 470 Racketeer Influenced and |
| ☐ 153 Recovery of Overpayment | ☐ 345 Marine Product | Liability | | | Corrupt Organizations |
| of Veteran's Benefits | Liability | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☐ 195 Contract Product Liability | Product Liability | ☐ 380 Other Personal | Relations | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 196 Franchise | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | | | State Statutes |
| | Employment | **Other:** | **IMMIGRATION** | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | Other | ☐ 550 Civil Rights | ☐ 465 Other Immigration | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | Actions | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from Another District *(specify)*
- ☐ 6  Multidistrict Litigation

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Not Known

Brief description of cause:
Not known

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE   9-24-20

SIGNATURE OF ATTORNEY OF RECORD   James P.A. Torfason

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

Name: Torfason, James

Booking # 1911898

Loc/Cel: B-Dorm

Monterey County Jail
1410 Natividad Road
Salinas, CA. 93906

neopost
09/30/2020
US POSTAGE $000.80

FIRST-CLASS MAIL

ZIP 93901
041L12204103

RECEIVED

OCT 02 2020

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

Clerk, US District Court
for the Northern District of
California
450 Golden Gate Ave.
Box 36060
San Francisco, Ca 94102

Legal Mail

941028‍3489 C004

## WE DO NOT ACCEPT

Padded / bubble / flat rate / cushion mailing envelopes
Blank envelopes, blank paper, blank greeting cards
Postage stamps, mail order catalogs, hard cover books
Pasted, glued, laminated, glitters, stickers and address labels
Items such as jewelry, paper clips, large staples, wood, etc.
Musical greeting cards, videos, CD's, phone cards
Gang related material, gang signs and/or affiliation
Polaroid photos, any photo or drawing larger than 5 x 7

Photos containing violent, drugs, sexually suggestive or graphic photos
Mail forwarded from your home address is not allowed
Lipstick stains; no scents on the contents and/or on the envelope
Items such as pens, pencils, markers, string, yarn, rope, etc.
All books must be shipped directly from publishers
No cash, No personal checks
ONLY money orders payable to MCSD – Prisoner Trust Fund
Include inmate full name & booking number

## Unauthorized Items Outgoing Mail

No drawings or unnecessary writing on the outside of the envelopes
All outgoing mail must include your full name and booking information