UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAUL ANDREW TORFASON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE BERNAL,<br><br>    Defendant. | Case No. 20-cv-07037-JSW<br><br>**ORDER TO SHOW CAUSE RE DISMISSAL** |

The only remaining defendants are unnamed "Doe" defendants. Plaintiff was issued a subpoena to discover the names of the defendants. He was given until December 1, 2021, to submit those names to the Court so that the summons and complaint could be served. He has not done so. On or before January 3, 2022, Plaintiff shall SHOW CAUSE why this case should not be dismissed without prejudice for failure to provide the court with the names of the defendants.

**IT IS SO ORDERED.**

Dated: December 6, 2021

JEFFREY S. WHITE
United States District Judge