UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAUL ANDREW TORFASON,<br><br>    Plaintiff,<br><br>v.<br><br>STEVE BERNAL, et al.,<br><br>    Defendants. | Case No. 20-cv-07037-JSW<br><br>**ORDER DENYING MOTION TO INTERVENE; TO SHOW CAUSE RE MOTION TO COMPEL**<br><br>Re. Dkt. Nos. 44, 47 |

Plaintiff's motion to "intervene" in a 2013 prior class action in which he alleges he is a class member is DENIED as unnecessary. Within seven days of the date this order is filed, Defendants shall SHOW CAUSE why Plaintiff's motion to compel (ECF No. 47) should not be granted. In their response, Defendants shall address why they should also not produce to Plaintiff the reports and other documents referenced in Plaintiff's motion to intervene (ECF No. 44.)

**IT IS SO ORDERED.**

Dated: October 24, 2022

_____
JEFFREY S. WHITE
United States District Judge