UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES PAUL ANDREW TORFASON,<br><br>Plaintiff,<br><br>v.<br><br>STEVE BERNAL, et al.,<br><br>Defendants. | Case No. 20-cv-07037-JSW<br><br>**ORDER STRIKING EX PARTE CORRESPONDENCE; GRANTING IN PART MOTION FOR EXTENSION OF TIME**<br><br>(ECF Nos. 62-64) |

The Court has received two ex parte letters from Plaintiff complaining about not receiving documents from Defendants and asking the Court to communicate with them. Ex parte communications with the Court, such as these, will not be considered. Plaintiff was instructed to serve Defendants or their attorney with all communications with the Court, which is even more critical where, as in the case of the instant two letters, he seeks filings or other papers from them. Furthermore, when Plaintiff seeks action from the Court, he may not make requests by letter. Rather, the Court will only take action based upon pleadings, motions, or other filings that are authorized by the Federal Rules of Civil Procedure and Local Rules. The letters (ECF Nos. 62 and 63) are therefore STRICKEN.

Plaintiff's motion for an extension of time (ECF No. 64) is GRANTED IN PART. The video provided in response to Plaintiff's discovery request number 6 is adequate. On or before December 9, 2022, Defendants shall: (1) serve Plaintiff by mail with their response to the order to show cause (ECF No. 52) and file a proof of service, and (2) direct Plaintiff to where, among their summary judgment papers, he may find documents responsive to his request number 4. Plaintiff's response to Defendants' objections to requests for production of documents numbers 3, 5, and 8-12 is due on or before December 28, 2022.

Plaintiff's opposition to the motion for summary judgment is due on or before January 27,

1   2023, and no further extension will be allowed.  Defendants' reply to the motion for summary
2   judgment is due on or before February 10, 2023.
3   **IT IS SO OR DERED.**
4   Dated: December 5, 2022

_____
JEFFREY S. WHITE
United States District Judge